UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KYLE DOMINIC STREET, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00121-MTS |
| ) | |
| ROY HINMAN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on self-represented Plaintiff Kyle Dominic Street's Application to Proceed in District Court Without Prepaying Fees or Costs. Doc. [2]. After review of Plaintiff's Application, the Court will deny it without prejudice. Plaintiff has failed to sufficiently complete the Application. For example, he has failed to answer whether he has received any gifts or inheritances in the past year and whether he has any other sources of income other than those specified on the Application. He also does not indicate the amount of money that he has in cash or in a checking or savings account.

The Court cannot determine whether Plaintiff is truly unable to pay the filing fee if the Court does not know if he receives any other sources of income and the amount of money he has in cash or in a bank account. The Court will provide Plaintiff forty-five (45) days by which to pay the $405 filing fee or to carefully complete and file another application to proceed in district court without prepaying fees or costs. The Court reminds Plaintiff that the declarations made on the Application are made under penalty of perjury.

*See* 18 U.S.C. § 1621 (providing penalties for perjury); *see also* Fed. R. Civ. P. 11(b)–(c) (allowing for sanctions for misrepresentations made to the court).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs, Doc. [2], is **DENIED without prejudice**. No later than **Thursday, October 10, 2024**, Plaintiff must pay the $405 filing fee in its entirety or carefully complete and file another application to proceed in district court without prepaying fees or costs.

**Plaintiff's failure to comply with this Order will result in the dismissal of this action without prejudice and without further notice.**

Dated this 26th day of August 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE